**EOD**

04/18/2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Rafael J Gregorio
4060 W. Crescent Way
Frisco, TX 75034
SSN: XXX-XX-6822
Debtor

Case No. 10-42954 btr
Chapter: 11

Fabiola Gregorio
4060 W. Crescent Way
Frisco, TX 75034
SSN: XXX-XX-0424
Joint Debtor

## ORDER VACATING CLOSING ENTRY AND REOPENING CASE

Came on to be considered the fact that the above referenced case filed on **September 01, 2010** was closed **April 18, 2017**. This case was closed erroneously; and,

It is therefore **ORDERED** that the entry closing the case on **April 18, 2017** is hereby **VACATED** and the case is hereby **REOPENED**.

Signed on 04/18/2017

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE